1  Beatrice B. Nguyen (CSB No. 172961)
   bbnguyen@crowell.com
2  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
3  San Francisco, CA  94111
   Telephone: 415.986.2800
4  Facsimile: 415.986.2827

5  Daniel A. Sasse (CSB No. 236234)
   dsasse@crowell.com
6  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
7  Irvine, CA  92614
   Telephone: (949) 263-8400
8  Facsimile: 949-263-8414

9  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This Document relates to: | Case No. 3:13-cv-05370-RS |
| Hewlett-Packard Company, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE OF PROCESS** |
| Plaintiff, | |
| v. | Judge Richard Seeborg |
| Toshiba Corporation; Toshiba America Information Systems, Inc.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Toshiba Samsung Storage Technology Corporation; Toshiba Samsung Storage Technology Corporation Korea; Sony Corporation; Sony Electronics, Inc.; NEC Corporation; Sony NEC Optiarc Inc.; Sony Optiarc Inc.; Sony Optiarc America Inc.; Panasonic Corporation; Panasonic Corporation of North America; TEAC Corporation; TEAC America, Inc.; Quanta Storage, Inc.; and Quanta Storage America, Inc., | |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE OF PROCESS;
CASE NO. 3:13-CV-05370-RS

**STIPULATION**

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

1.      Undersigned counsel of LATHAM & WATKINS LLP agree to accept service of the Complaint in *Hewlett-Packard Company v. Toshiba Corporation, et al.*, Case No. 3:13-cv-05370-RS, on behalf of Defendants Toshiba Corporation ("Toshiba Corp."), Toshiba America Information Systems, Inc. ("TAIS"), Toshiba Samsung Storage Technology Corp. ("TSST"), and Toshiba Samsung Storage Technology Korea Corp. ("TSSTK").  Each of Toshiba Corp., TAIS, TSST, and TSSTK shall have until Thursday, April 17, 2014, to file a response thereto.

2.      Undersigned counsel of O'MELVENY AND MYERS LLP agree to accept service of the Complaint in *Hewlett-Packard Company v. Toshiba Corporation, et al.*, Case No. 3:13-cv-05370-RS, on behalf of Defendants Samsung Electronics Co. Ltd. ("Samsung") and Samsung Electronics America, Inc. ("SEA") (collectively, the "Samsung Defendants").  The Samsung Defendants shall have until Thursday, April 17, 2014, to file a response thereto.

3.      Undersigned counsel of WINSTON & STRAWN LLP agree to accept service of the Complaint in *Hewlett-Packard Company v. Toshiba Corporation, et al.*, Case No. 3:13-cv-05370-RS, on behalf of Defendant NEC Corporation ("NEC").  Defendant NEC shall have until Thursday, April 17, 2014, to file a response thereto.

4.      Undersigned counsel of BOIES SCHILLER & FLEXNER LLP agree to accept service of the Complaint in *Hewlett-Packard Company v. Toshiba Corporation, et al.*, Case No. 3:13-cv-05370-RS, on behalf of Defendants Sony Optiarc America Inc. ("SOA") and Sony Electronics, Inc. ("SEI").  Defendants Sony Corporation and Sony Optiarc Inc. ("Sony Optiarc") agree to waive service of the Complaint, and Hewlett-Packard will mail a copy of the Complaint to Sony Corporation and Sony Optiarc via certified mail or United Parcel Service, addressed and delivered to a designated individual in the Sony Corporation Legal Department in Japan.  The deadline for Defendants SOA, SEI, Sony Corporation, and Sony Optiarc (collectively, the "Sony/Optiarc Defendants") to answer, move to dismiss, or otherwise respond to the Complaint shall be extended to Thursday, April 17, 2014.

5.       Undersigned counsel of WINSTON & STRAWN LLP agree to accept service of the Complaint in *Hewlett-Packard Company v. Toshiba Corporation, et al.*, Case No. 3:13-cv-05370-RS, on behalf of Defendants Panasonic Corporation and Panasonic Corporation of North America (collectively, the "Panasonic Defendants").  The Panasonic Defendants shall have until Thursday, April 17, 2014, to file a response thereto.

6.       Undersigned counsel of KATTEN MUCHIN ROSENMAN LLP agree to accept service of the Complaint in *Hewlett-Packard Company v. Toshiba Corporation, et al.*, Case No. 3:13-cv-05370-RS, on behalf of Defendants TEAC Corporation and TEAC America Inc. (collectively, the "TEAC Defendants").  The TEAC Defendants waive service of the Complaint under Rule 4(d) of the Federal Rules of Civil Procedure.  Those TEAC Defendants who reside in foreign countries that are signatories to the Hague Convention shall be deemed served as provided for by that Convention by sending the Complaint to counsel.  The TEAC Defendants shall have until Thursday, April 17, 2014, to file a response thereto.

7.       This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to those defenses provided under Rule 12 of the Federal Rules of Civil Procedure.

8.       To the extent any Defendant or Defendants move to dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure or otherwise, the parties shall work in good faith to reach an agreed-upon briefing schedule that they shall present to the Court no later than Thursday, May 1, 2014, but in no event shall Hewlett-Packard Company's response to any such motion(s) be due before Monday, June 16, 2014.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   IT IS SO STIPULATED.

2   Dated: January 17, 2014                               CROWELL & MORING LLP

3                                                        */s/ Beatrice B. Nguyen*

4                                                        Beatrice B. Nguyen
                                                         Daniel A. Sasse
5                                                        Attorneys for Plaintiff
                                                         HEWLETT-PACKARD COMPANY

7   Dated: January 17, 2014                               LATHAM & WATKINS LLP

8                                                        */s/ Belinda Lee*

9                                                        Belinda Lee
                                                         Attorneys for Defendants
10                                                       Toshiba Corporation, Toshiba America Information
                                                         Systems, Inc., Toshiba Samsung Storage Technology
11                                                       Corp., and Toshiba Samsung Storage Technology
                                                         Corp. Korea

13  Dated: January 17, 2014                               O'MELVENY & MYERS LLP

14                                                       */s/ Ian Simmons*

15                                                       Ian Simmons
                                                         Attorneys for Defendants
16                                                       Samsung Electronics Co. Ltd. and Samsung
                                                         Electronics of America, Inc.

18  Dated: January 17, 2014                               WINSTON & STRAWN LLP

19                                                       */s/ Robert B. Pringle*

20                                                       Robert B. Pringle
                                                         Attorneys for Defendant
21                                                       NEC Corporation

22  Dated: January 17, 2014                               BOIES SCHILLER & FLEXNER LLP

23                                                       */s/ John F. Cove, Jr.*

24                                                       John F. Cove, Jr.
                                                         Attorneys for Defendants
25                                                       Sony Corporation, Sony Optiarc America, Inc., Sony
                                                         Optiarc Inc., and Sony Electronics, Inc.

| | |
|---|---|
| Dated: January 17, 2014 | WINSTON & STRAWN LLP |
| | */s/ Jeffrey L. Kessler* |
| | Jeffrey L. Kessler<br>Attorneys for Defendants<br>Panasonic Corporation and Panasonic Corporation of North America |
| Dated: January 17, 2014 | KATTEN MUCHIN ROSENMAN LLP |
| | */s/ Mary Ellen Hennessy* |
| | Mary Ellen Hennessy<br>Aharon S. Kaye<br>Attorneys for Defendants<br>TEAC Corporation and TEAC America Inc. |

## ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 17, 2014                         */s/ Beatrice B. Nguyen*
                                                                  Beatrice B. Nguyen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/24, 2014                         _____
                                                           Hon. Richard Seeborg
                                                           United States District Judge