IAN SIMMONS (admitted pro hac vice)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

JAMES M. PEARL (S.B. #198481)
jpearl@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

*Attorneys for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>HEWLETT-PACKARD COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>TOSHIBA CORPORATION, et al.,<br><br>            Defendants. | Case No. 3:13-cv-05370 RS<br><br>MDL No. 2143<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA INC.'S ANSWER TO HEWLETT-PACKARD COMPANY'S FIRST AMENDED COMPLAINT** |

1     WHEREAS, on October 24, 2013, Plaintiff Hewlett-Packard Co. ("HP") filed a Complaint in the United States District Court for the Southern District of Texas, and that action and Complaint were subsequently transferred to this Court as part of MDL No. 2143 (Dkt. 1073);

4     WHEREAS, Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (together, "Samsung") filed separate Answers to the Complaint on April 17, 2014;

6     WHEREAS, HP filed a First Amended Complaint on May 8, 2014;

7     WHEREAS, Samsung and other Defendants filed a motion to dismiss the Fifth and Sixth Causes of Action in HP's First Amended Complaint on June 23, 2014;

9     WHEREAS, this Court denied the Defendants' motion to dismiss the Fifth and Sixth Causes of Action in HP's First Amended Complaint on April 28, 2015; and

11     WHEREAS, HP and Samsung have agreed that Samsung shall have until June 2, 2015 to file an Answer to HP's First Amended Complaint.

13     It is therefore STIPULATED and AGREED, subject to Court approval, that:

14     Samsung shall have until June 2, 2015 to answer HP's First Amended Complaint.

15     IT IS SO STIPULATED.

DATED:    May 11, 2015                        O'MELVENY & MYERS LLP

By   /s/ Ian Simmons
      Ian Simmons

1625 Eye Street, NW
Washington, DC 20006-4001
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414
isimmons@omm.com

James M. Pearl
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779
jpearl@omm.com

*Counsel for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

DATED: May 11, 2015                                   CROWELL & MORING LLP

                                                      By   /s/ Daniel A. Sasse
                                                              Daniel A. Sasse

                                                      Angela J. Yu
                                                      3 Park Plaza
                                                      20th Floor
                                                      Irvine, CA 92614
                                                      Telephone:   (949) 263-8400
                                                      Facsimile:   (949) 263-8414
                                                      dsasse@crowell.com
                                                      ayu@crowell.com

                                                      Beatrice B. Nguyen
                                                      275 Battery Street, 23rd Floor
                                                      San Francisco, CA 94111
                                                      Telephone:   (415) 986-2800
                                                      Facsimile:   (415) 986-2827
                                                      bbnguyen@crowell.com

                                                      *Counsel for Plaintiff Hewlett-Packard Company*

## ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: May 11, 2015                                   By   /s/ Ian Simmons
                                                              Ian Simmons

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   5/11   , 2015                                By   [signature]
                                                           Hon. Richard Seeborg
                                                           United States District Judge

- 3 -