LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Belinda S Lee (Bar No. 199635)
   Brendan A. McShane (Bar No. 227501)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
Email: *Dan.Wall@lw.com*
         *Belinda.Lee@lw.com*
         *Brendan.McShane@lw.com*

*Counsel for Defendants Toshiba Corporation,*
*Toshiba America Information Systems, Inc., Toshiba*
*Samsung Storage Technology Corporation, and*
*Toshiba Samsung Storage Technology Korea*
*Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Base Case No. 3:10-md-2143 RS<br>MDL No. 2143<br><br>Case No. 3:13-cv-05370 RS |
| This Document Relates to:<br><br>*Hewlett-Packard Co. v. Toshiba Corporation, et al.*, No. 3:13-cv-05370-RS | **EXHIBITS 1-8 TO THE DECLARATION OF BELINDA S LEE IN SUPPORT OF DEFENDANTS' OPPOSITION TO HP INC.'S MOTION TO PARTIALLY EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DESIGNATED EXPERTS EDWARD SNYDER AND KEVIN MURPHY** |

**REDACTED VERSION PURSUANT TO COURT ORDERS (DKT. 2721 AND 2773)**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXHIBITS 1-8 TO DECLARATION OF
BELINDA S LEE
Case Nos. 3:10-md-2143-RS, 3:13-cv-05370-RS