# EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE OPTICAL DISC DRIVE** ) | |
| ) | |
| **PRODUCTS LITIGATION** ) | |
| ) | |
| *Hewlett-Packard Company*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| *Toshiba Corporation, et al.*, ) | |
| ) | |
| Defendants. ) | **MDL No. 2143** |
| ) | **No. 3:13-cv-05370 RS** |
| ) | |

**Expert Report of Kevin M. Murphy**
**April 3, 2017**

CONFIDENTIAL – RESTRICTED

**TABLE OF CONTENTS**

I.      INTRODUCTION..............................................................................................................3

        A.  Qualifications.......................................................................................................3

        B.  HP's Allegations ..................................................................................................4

        C.  Assignment ..........................................................................................................5

        D.  Summary of Opinions ..........................................................................................6

II.     BACKGROUND ...........................................................................................................14

        A.  Plaintiff HP ........................................................................................................14

        B.  Optical Disc Drives............................................................................................15

        C.  ODD Suppliers ...................................................................................................17

        D.  Patent Pools........................................................................................................22

        E.  ODD Buyers.......................................................................................................23

        F.  ODD Procurement Process .................................................................................24
            1.  Dell.........................................................................................................24
            2.  HP ...........................................................................................................28

        G.  The Department of Justice Investigation ...........................................................31

III.    PLAINTIFFS' EXPERTS HAVE NOT PRESENTED ANY EVIDENCE
        THAT THE DEFENDANTS HAD A METHOD FOR SUCCESSFULLY
        COLLUDING.................................................................................................................32

        A.  The Cartel Problem ............................................................................................32

        B.  Examples of the Types of Evidence Economics Look For to Detect Collusion................34
            1.  Behavioral Evidence ..............................................................................34
            2.  Structural Evidence ................................................................................36

IV.     THE BEHAVIORAL EVIDENCE IS NOT CONSISTENT WITH A BROAD
        CONSPIRACY THAT WOULD HAVE LED TO HIGHER PRICES FOR
        ALL PRODUCTS AND ALL PURCHASERS ...........................................................37

        A.  Changes in Prices Can Be Explained by Changes in Supply and Demand Factors ..........38

        B.  Changes in Defendants' Market Shares Suggest Competition among the Defendants
            that is Inconsistent with an Effective Conspiracy............................................41

        C.  The Empirical Evidence Is Inconsistent with a Broad Bid-Rigging Conspiracy...............43

        D.  Defendants' Capacity and Utilization Levels Are Inconsistent with a Conspiracy or
            Agreement to Reduce Capacity Output ...........................................................45

        E.  The Qualitative Evidence Is Consistent with Aggressive Competition............................46

CONFIDENTIAL – RESTRICTED

V.    THE HLDS EVENTS AND THE PLDS EVENTS WOULD NOT HAVE
      RAISED PRICES FOR ALL DEFENDANTS' ODD SALES DURING THE
      RELEVANT PERIOD.......................................................................................................49

      A.   Economic principles and the qualitative and empirical evidence suggest that the
           alleged agreements would not have had a uniformly positive effect on prices for the
           HLDS Events or PLDS Events .............................................................................50
           1.   Dell and HP structured their procurement events in ways that would have
                minimized the Defendants' incentives to collude.......................................50
           2.   Dell and HP structured their procurement events in ways that minimized the
                Defendants' ability to collude successfully ...............................................54
           3.   The details of the alleged agreements suggest that they would not have been
                uniformly successful ..................................................................................57
           4.   Many of the alleged agreements for HLDS and PLDS events were not
                successful at leading to higher prices...........................................................58

      B.   Economic Principles Indicate that the Alleged Agreements Would Not Have Raised
           Prices for All of Defendants' ODD Sales...........................................................59

VI.   THE EVIDENCE ON INFORMATION SHARING BETWEEN THE
      DEFENDANTS IS NOT ADEQUATE TO SUPPORT PLAINTIFFS' CLAIMS.....61

      A.   The Existence of Information Sharing Between the Defendants Is Not Sufficient to
           Infer They Were Colluding..................................................................................62

      B.   The Evidence on Information Sharing Between Defendants Does Not Support
           Plaintiffs' Claims ...............................................................................................64

      C.   Information Exchanges Occurred Prior to and During Highly Competitive Auctions......66

VII.  DR. ARON'S EMPIRICAL ANALYSIS DOES NOT ESTABLISH THAT
      THE ALLEGED CONSPIRACY IMPACTED PRICES FOR ALL HP ODD
      PURCHASES ...............................................................................................................67

VIII. DR. ARON'S CONCLUSIONS REGARDING HP'S PROCUREMENT
      PRACTICES ARE INCONSISTENT WITH ECONOMIC PRINCIPLES
      AND EVIDENCE IN THIS CASE ..............................................................................72

2
CONFIDENTIAL – RESTRICTED

## I.   INTRODUCTION

1.    My name is Kevin M. Murphy.  I am the George J. Stigler Professor of Economics in the Booth School of Business and the Department of Economics at the University of Chicago, where I have taught since 1983.  I have been retained by counsel for Defendants to serve as an expert in economics in the above-captioned cases.

### A.        Qualifications

2.    I received my bachelor's degree in economics from the University of California, Los Angeles, in 1981, and I received my doctorate in economics from the University of Chicago in 1986.

3.    At the University of Chicago, I am a member of the faculties of both the Booth School of Business and the Department of Economics.  I teach graduate level courses in microeconomics, price theory, empirical labor economics, and the economics of public policy issues.  In these courses, I cover a wide range of topics, including the incentives that motivate firms and individuals, the operation of markets, and the impacts of regulation and the legal system.  Most of my teaching focuses on two things: how to use the tools of economics to understand the behavior of individuals, firms and markets; and how to apply economic analysis to data.  My focus in both research and teaching is on integrating economic principles with empirical analysis.

4.    I have authored or co-authored more than 65 articles in a variety of areas in economics.  Those articles have been published in leading scholarly and professional journals, including the American Economic Review, Journal of Law and Economics, and Journal of Political Economy.  Many of my articles consider economic issues related to industrial organization and antitrust.[1]

---

[1]    See Benjamin Klein and Kevin M. Murphy, "Vertical Restraints as Contract Enforcement Mechanisms," *Journal of Law and Economics* 31 (1988): 265-297; Benjamin Klein and Kevin M. Murphy, "Vertical Integration as a Self-Enforcing Contractual Arrangement," *American Economic Review* 87 (1997): 415-420; Steven J. Davis and Kevin M. Murphy, "A Competitive Perspective on Internet Explorer," *American Economic Review* 90 (May 2000): 184-187; Steven J. Davis, Jack MacCrisken and Kevin M. Murphy, "Economic Perspectives on Software Design: PC Operating Systems and Platforms," in *Microsoft, Antitrust and the New Economy: Selected Essays* ed. Davis S. Evans (New York: Springer Science+Business Media, 2002): 361-419; Benjamin Klein, Andres V. Lerner and Kevin M. Murphy, "The Economics of Copyright 'Fair Use' In a Networked World," *American Economic Review* 92 (2002): 205-208; Steven J. Davis, Kevin M. Murphy and Robert H. Topel, "Entry, Pricing and Product

CONFIDENTIAL – RESTRICTED

conclude that, of all the factors that economists have theorized should be related to cartel success, "[o]nly the oldest of suppositions, that highly concentrated industries are more prone to cartelization, seems to hold true across studies."[121]

91.    Third, even if there were an empirical relationship between structural factors and cartel success, that relationship would only allow us to say whether collusion is more likely in one industry than another.  That relationship could not be used to say that collusion in any particular industry was likely or even more likely than not.  The economic literature does not provide any way to assign a particular likelihood or even a range of possible likelihoods that there is a conspiracy in an industry based on the industries characteristics.  As such, structural evidence is not a reliable predictor of the presence of a cartel in any industry.

## IV.    THE BEHAVIORAL EVIDENCE IS NOT CONSISTENT WITH A BROAD CONSPIRACY THAT WOULD HAVE LED TO HIGHER PRICES FOR ALL PRODUCTS AND ALL PURCHASERS

92.    I have analyzed the behavior of the Defendants to determine whether or not it is consistent with the allegation that they participated in a six-year conspiracy.  First, I find that there is no evidence of unexplained changes in prices when the cartel allegedly ended and that the changes in prices that occurred during and after the relevant period can be explained by changes in supply and demand factors.  Second, changes in Defendant market shares both in the aggregate and at individual customers are not consistent with an agreement to allocate market share or customers.  Third, empirical evidence on bidding behavior at Dell and HP procurement events are inconsistent with the existence of a broad, industry-wide bid rigging cartel.  Fourth, changes in the Defendants' capacity are inconsistent with an agreement to generate higher prices by reducing profitable capacity, and there was no change in the Defendant's utilization levels when the alleged cartel ended that would suggest there was an explicit or implicit agreement that caused the Defendants to restrict output below its profit maximizing level.  In my opinion, the evidence is not

---

[121]    https://papers.ssrn.com/sol3/papers.cfm?abstract_id=299415.

consistent with the Defendants having participated in the type of broad conspiracy being alleged by the various Plaintiffs.

93.     While my opinion is based on my review of the economic evidence, there is qualitative evidence from the documents and testimony that is consistent with my opinions. In particular, the qualitative evidence indicates that, throughout the relevant period, the Defendants competed aggressively to win additional business from Dell and HP.  In addition, despite the evidence of aggressive competition, I have seen no evidence either empirical or qualitative that would suggest that the Defendants were punishing those aggressive competitors for failing to comply with a conspiracy.

**A.  Changes in Prices Can Be Explained by Changes in Supply and Demand Factors**

94.     As I discussed above, if the Defendants participated in the type of broad conspiracy being alleged, then we should see changes in prices that cannot be explained by changes in supply and demand factors.  My analysis on this issue is shown in Exhibits 5A to 5D, and shows that pricing changes both during and after the relevant period were a product of shifting supply and demand factors between the alleged relevant and post-relevant period.

95.     Exhibit 5C contains the yearly average price per ODD for DVD-RW drives. As shown in Exhibit 1, DVD-RW drives represent the largest selling ODD type during and after the relevant period.  Exhibit 5C also contains a yearly measure of per-unit costs for DVD-RW drives, and the number of recordable optical disc media shipments as a proxy for ODD demand.  I have computed prices and costs using a weighted average of all drives within each category (Combo, DVD-ROM and DVD-RW) from the Defendants transaction data for the time period 2003-2011.[122]

96.     The results in Exhibit 5C do not suggest any unexplained changes in prices that can only be explained by the existence of a conspiracy.  Exhibit 5C indicates that prices fell by 80 percent during the relevant period.  The decline in prices is explained

---

[122]   I use Defendants' transaction data as compiled by Dr. Kenneth Flamm in connection with his expert report filed on February 1, 2017.

largely by reductions in costs.  Demand for ODDs (measured by the number of recordable optical disc media shipments) rose initially but began to stabilize.

97.     The results in Exhibit 5C are entirely consistent with changes in prices being determined by life cycle effects in dynamic industries.  In the early part of the DVD-RW life cycle, costs were falling rapidly as learning-by-doing reduced firms' costs.  The rapid decrease in costs also caused prices to fall sharply in the early part of the life cycle.  Over the life cycle of a product, costs began to fall more slowly and demand became more elastic as the products sold by different firms became more standardized and new products are introduced that attract consumers looking for the latest product.  This is why we tend to see higher prices for products that are earlier in their life cycle. (See Exhibit 6.) Over time, older versions of the products, such as CDs and Combos become obsolete, and new products are introduced such as Blu-ray ODDs.

98.     In addition, these same effects explain the changing relationship between prices and costs over time.  The results suggest that the difference between prices and costs fell for DVD-RW drives both during and after the relevant period.  This is consistent with the results in Exhibit 7B showing the gross margin percentage falling both during and after the relevant period.  The results in Exhibit 5C are not consistent with the changing relationship between prices and costs being caused by a conspiracy.  If the existence of a conspiracy was explaining the changing relationship between prices and costs, we would not expect to see the changes occurring both during the relevant period and particularly after the relevant period because the presence or absence of conspiracy is the same in those two-periods.

99.     Exhibit 5D shows price and costs variables for DVD-RWs for Dell and HP along with the number of recordable optical disc media shipments as a proxy for ODD demand.  The results show similar patterns to those in 5C.

100.    Exhibit 5B shows similar results for DVD-ROM drives, where changes in prices can be explained by changes in supply and demand factors.  Exhibit 5A plots the price and cost series for Combo drives along with a proxy measure of demand.  These results show prices falling relative to costs after the relevant period and a significant decrease in margins after the relevant period. (See Exhibit 7A.) However, as shown in

39
CONFIDENTIAL – RESTRICTED

Exhibit 1, there were only trivial sales of Combo drives after 2009. As such, the large drop in Combo drive margins after 2009 cannot be attributed to the ending of a conspiracy.

101.    Another way to investigate whether prices were higher because of collusion is to examine whether there were any unexplained changes in prices when the alleged conspiracy was formed or when it allegedly ended. For any given set of supply and demand factors, the formation of a successful cartel should allow its members to charge higher prices, and the dissolution of a successful cartel should cause a reduction in prices by its members. I do not have sales data before the beginning of the relevant period for all the Defendants, and there were no significant sales of DVD-RWs before the beginning of the relevant period. However, I can investigate whether there are any unexplained changes in prices when the alleged conspiracy allegedly ended.

102.    Exhibit 8A compares the gross margin percentages for DVD-RW drives during different intervals before and after October 2009.[123] In order to control for the potential that the effects of the alleged conspiracy could have lingered beyond the end of the alleged conspiracy, I have compared margins in the 3-month, 6-month, and 12-month periods before and after October 2009. The results are inconsistent with the theory that Defendants' prices fell relative to costs at the end of the relevant period. In fact, the results indicate that prices are slightly higher relative to costs after the relevant period. These results are inconsistent with what economics suggest would happen if there were a broad conspiracy causing elevated prices.

103.    In conclusion, the results in Exhibits 5C and 8A illustrate a very simple story. There are no changes in prices that can only be explained by the existence of a conspiracy among the Defendants. Instead, I find that the changes in average ODD prices over the relevant period are explained by changes in supply and demand factors.

---

[123]    For the end of the alleged cartel, I use the third quarter of 2009 as suggested by IPP's expert Dr. Flamm. See Flamm Report, p. 56-57.

CONFIDENTIAL – RESTRICTED

evidence Plaintiffs' experts cite as anticompetitive information sharing occurred prior to or even during highly competitive procurement events. This suggest that the documents Plaintiffs cite as evidence of anticompetitive information sharing did not prevent aggressive competition.

## VII.   DR. ARON'S EMPIRICAL ANALYSIS DOES NOT ESTABLISH THAT THE ALLEGED CONSPIRACY IMPACTED PRICES FOR ALL HP ODD PURCHASES

168.   Dr. Aron's opinion that the alleged conspiracy caused HP to pay higher ODD prices during the relevant period is based on her regression analysis. But the results of Dr. Aron's regression model establish that her analysis cannot be used to estimate an overcharge to HP caused by the alleged conspiracy.

169.   Dr. Aron's analysis proceeds in two steps. She first estimates a regression model using her benchmark period data to model the relationship between the changes in the prices HP paid for ODDs and the changes in variables meant to control for supply (two ODD component costs) and for demand (PC shipments) factors.[188] She then uses that estimated relationship and the actual values of the control variables to predict the but-for prices of ODDs purchased by HP during the relevant period.[189] Dr. Aron describes this second step as a "backcast" of but-for prices during the relevant period.[190] Because her predicted but-for prices are lower than actual prices paid by HP for ODDs during the relevant period, she claims that her regression analysis establishes that the alleged conspiracy caused HP to pay higher prices for ODDs during the relevant period.[191]

170.   Dr. Aron's model does not estimate the effect of the alleged conspiracy on average prices. Instead, she assumes that her estimated differences between the but-for and the actual prices must be due to collusion. However, these estimated differences would only be evidence of a causal relationship between the alleged collusion and the prices HP paid for ODDs if Dr. Aron's regression analysis controlled for all of the factors affecting

---

[188]   Aron Report p. 44.

[189]   Aron Report p. 44.

[190]   Aron Report p. 38.

[191]   Aron Report p. 6.

CONFIDENTIAL – RESTRICTED

the difference in prices between the relevant period and the benchmark period.  Any failure to control for all relevant factors would yield differences between the but-for and the actual prices that could be caused by factors omitted from the model and not caused by the alleged conspiracy.[192]  As I discuss below, a crucial factor she omitted from her model is that the ODDs are at different stages of the life cycle during the two periods.

171.  The reliability of Dr. Aron's regression model also critically depends on the validity of her assumption that the supply and demand factors used in her regression model would have had the same effect on ODD prices in the relevant period as in the benchmark period but-for the alleged conspiracy.  However, when market conditions are very different in two periods, the ability to control for all of the relevant factors becomes more difficult, and thus the assumption that the relevant factors had the same effect on prices across the two periods is harder to justify.  Therefore, if the relationship between prices and costs was different in the relevant period compared to the benchmark period for reasons that are unrelated to an alleged conspiracy, then Dr. Aron's methodology would improperly attribute any difference between but-for and actual prices of ODDs to the alleged collusion, instead of attributing these differences to the changed market conditions.

172.  The flaw in Dr. Aron's model can be illustrated with a simple example. Suppose I measure the relationship between the amount of rainfall and the rate at which my grass grows in the summer, and I find that for every centimeter of rain my grass grows 10 percent faster.  If I tried to use this estimate to predict the effect of more rain on the rate at which my grass grows in the fall, I would find that the actual rate at which my grass grows is lower than the predicted rate because the relationship between the growth rate and rain differs in the two periods, because of differences in sunlight and temperature.  Thus, using the relationship between rain and grass growth in the summer to predict the relationship between rain and grass growth in the fall would be unreliable because of the failure to control for other seasonal differences that affect those relationships.

---

[192]  For a discussion of omitted variables bias, see A Guide to Econometrics, Peter Kennedy, Section 6.2, pp. 93-94, 100.  To the extent that the omitted variables are also correlated with other variables in the model (in addition to the class period dummy), the coefficient estimates on those variables will also be affected by omitted variables bias.

173.  As in the above example, Dr. Aron's analysis is unlikely to generate reliable predictions of but-for prices because the ODD market conditions in the early part of the relevant period were markedly different from those at both the end of the relevant period and after the relevant period, so we would not expect the relationships between prices and supply factors to be the same.

174.  At the beginning of the relevant period, demand for ODDs was increasing at a high rate.  CD drives (CD-ROM and CD-RW) represented 57 percent of all ODD sales, and Combo drives represented 16 percent of sales in 2003.  DVD-RWs were at the beginning of their life cycle, with limited sales at very high prices and costs. (See Exhibits 1 and 5C.).

175.  At the end of the relevant period, CD and CD/DVD-ROM Combo drives were being phased out at the end of their life cycles, and Blu-Ray drives were being introduced. There were no sales of CD ODDs after 2008 and no sales of Combo drives after 2009 (See Exhibit 1).  Further, demand for ODDs was falling as ODDs were replaced by other distribution methods (*e.g.*, downloads of media and software) and other storage options (*e.g.*, cheaper flash drives and file-hosting services).  In addition, the rate at which costs were falling was much lower in the benchmark period than in the early years of the relevant period.  These differences in market conditions suggest that using a six-year benchmark period from 2009 to 2015 to predict what prices would have been back in 2003 and 2004, for example, will likely be highly problematic.

176.  To test the validity of Dr. Aron's assumption that the relationship between prices and her control variables was stable across the two periods, I test whether the relationship between prices and costs was stable within the relevant and benchmark periods.  The absence or presence of the alleged cartel is the same within each of those two periods and therefore would not lead to changes in the relationship between price and cost within each period.  Therefore, if this test shows that the relationship between prices and costs within each period is not stable, there must be factors other than collusion to explain these changes.  The results of my test show statistically significant differences in the

69

relationship between Dr. Aron's cost variable and prices within both periods.[193]  Thus, there are factors that Dr. Aron has not controlled for that explain the differences in prices between the two observed periods.  As I discussed above, these results—that the actual relationship between price and cost is not stable over time—is exactly what we would expect to see here because ODDs are at different stages of their life cycles in the early part of the relevant period and the benchmark period.

177.  The implausible predictions regarding the trend in alleged overcharges from Dr. Aron's own results further illustrate why the difference between actual prices and her predicted but-for prices cannot be the result of collusion.  In particular, Dr. Aron's analysis generates entirely implausible predictions regarding the trend in the alleged overcharges.  As shown in Exhibit 18, her results predict that the difference between but-for and actual prices was greater at the beginning of the relevant period (where she finds an overcharge of about 20 percent) than at the end of the relevant period (where she predicts that but-for prices would have been close to actual prices).  This is not because actual prices experienced a large increase at the beginning of the relevant period.  Instead, Dr. Aron's results imply that prices would have fallen by 20 percent at the beginning of the relevant period but-for the alleged conspiracy.  Dr. Aron offers no explanation – nor am I aware of one – for why prices would have fallen by such a large amount at the beginning of the relevant period.

178.  Moreover, the fact that overcharges fell over time is inconsistent with Dr. Aron's claims that if the conspiracy was effective at raising prices in one period, then we would expect that it would lead to higher prices in later periods because the elevated prices would be used as starting prices for the next procurement event.  A clear implication of this is that we would expect to see higher overcharges at the end of the relevant period than at the beginning.

---

[193]  My test estimates Dr. Aron's model either (i) using only the relevant period data (2003Q3 to 2009Q2), or (ii) using only the post-relevant period data (2009Q3 to 2015Q3).  In either test, I allow Dr. Aron's cost coefficient to vary between two sub-periods (divided at 2006Q2 for the relevant period test, and at 2012Q3 for the post-relevant period test).  The results of both tests demonstrate that cost coefficient estimates differ between the two sub-periods at the one percent significance level (F-test p-value of 0.00 for both tests).

CONFIDENTIAL – RESTRICTED

c) Dr. Aron claims that some of HP's practices such as limiting the number of bidders and using split awards TAMs would have made it easier for the Defendants to coordinate.[216]  However, those same practices would have reduced the potential gains of collusion by reducing the difference between prices with an explicit agreement and prices without an explicit agreement.  As such, they would have limited the incentive of the Defendants to explicitly collude.

192.    In conclusion, Dr. Aron's claim that HP's procurement practices unintentionally accommodated effective collusion is incorrect.  Instead, both economic principles and the evidence in this case indicate that HP's procurement practices reflect their efforts to strike a balance between increasing competition and ensuring that their suppliers were sufficiently profitable.  In addition, the evidence suggests that HP had methods that would have made any attempts to generate higher prices by colluding very difficult.

Kevin M. Murphy

---

[216]   Aron Report pp. 25-28.

CONFIDENTIAL – RESTRICTED

**Exhibit 5A**

# Annual Price, Cost, and Quantity of DVD Discs
# Drive Type: Combo



Notes:
[1] The dashed vertical line indicates the end of the alleged conspiracy.
[2] Recordable DVD discs used as a proxy for demand.
Source: Dr. Flamm's defendant sales data; DVD disc sales obtained from TSR 2008 Optical Disc Marketing Analysis [2002-2006 data], and TSR 2011 Optical Disc Marketing Analysis [2007-2011 data].

CONFIDENTIAL – RESTRICTED

**Exhibit 5B**

# Annual Price, Cost, and Quantity of DVD Discs
# Drive Type: DVD-ROM



Notes:
[1] The dashed vertical line indicates the end of the alleged conspiracy.
[2] Recordable DVD discs used as a proxy for demand.
Source: Dr. Flamm's defendant sales data; DVD disc sales obtained from TSR 2008 Optical Disc Marketing Analysis [2002-2006 data], and TSR 2011 Optical Disc Marketing Analysis [2007-2011 data].

CONFIDENTIAL – RESTRICTED

**Exhibit 5C**

# Annual Price, Cost, and Quantity of DVD Discs
# Drive Type: DVD-RW



Notes:
[1] The dashed vertical line indicates the end of the alleged conspiracy.
[2] Recordable DVD discs used as a proxy for demand.
Source: Dr. Flamm's defendant sales data; DVD disc sales obtained from TSR 2008 Optical Disc Marketing Analysis [2002-2006 data], and TSR 2011 Optical Disc Marketing Analysis [2007-2011 data].

CONFIDENTIAL – RESTRICTED

**Exhibit 5D**

# Annual Price, Cost, and Demand
# Dell & HP Sales Only
# Drive Type: DVD-RW



Notes:
[1] The dashed vertical line indicates the end of the alleged conspiracy.
[2] Demand measured as DVD disc sales obtained from TSR 2008 Optical Disc Marketing Analysis (QUANTA_HAW_00022728.pdf), page 120, [2002-2006 data]; and TSR 2011 Optical Disc Marketing Analysis, page 132, [2007-2011 data].
Source: Dr. Flamm's defendant sales data.

CONFIDENTIAL – RESTRICTED

**Exhibit 7A**

# Margin Trends in Defendant Sales
# Drive Type: Combo



Notes:
[1] The dashed vertical line indicates the end of the alleged conspiracy.
Source: Dr. Flamm's defendant sales data.

CONFIDENTIAL – RESTRICTED

**Exhibit 7B**

# Margin Trends in Defendant Sales
# Drive Type: DVD-RW



Notes:
[1] The dashed vertical line indicates the end of the alleged conspiracy.
Source: Dr. Flamm's defendant sales data.

CONFIDENTIAL – RESTRICTED

**Exhibit 8A**

# Average Percentage Margin
# Before and After October 31, 2009
## Drive Type: DVD-RW



Notes:
[1] October 2009 is the last month of the supply period for the last HLDS Event.
Source: Dr. Flamm's defendant sales data.

CONFIDENTIAL – RESTRICTED

**Exhibit 8B**

# Average Percentage Margin
# Before and After October 31, 2009
Drive Type: DVD-ROM



Number of Months Before and After

Notes:
[1] October 2009 is the last month of the supply period for the last HLDS Event.
Source: Dr. Flamm's defendant sales data.

CONFIDENTIAL – RESTRICTED

# Appendix A

# Curriculum Vitae

1988 – 1989: Associate Professor of Business Economics and Industrial Relations, The University of Chicago

1986 – 1988: Assistant Professor of Business Economics and Industrial Relations, The University of Chicago

1983 – 1986: Lecturer, Booth School of Business, The University of Chicago

1982 – 1983: Teaching Associate, Department of Economics, The University of Chicago

1979 – 1981: Research Assistant, Unicon Research Corporation, Santa Monica, California

## Honors and Awards

2008: John von Neumann Lecture Award, Rajk College, Corvinus University, Budapest

2007: Kenneth J. Arrow Award (with Robert H. Topel)

October 2005: Garfield Research Prize (with Robert H. Topel)

September 2005: MacArthur Foundation Fellow

1998: Elected to the American Academy of Arts & Sciences

1997: John Bates Clark Medalist

1993: Fellow of The Econometric Society

1989 – 1991: Sloan Foundation Fellowship, The University of Chicago

1983 – 1984: Earhart Foundation Fellowship, The University of Chicago

1981 – 1983: Fellowship, Friedman Fund, The University of Chicago

1980 – 1981: Phi Beta Kappa, University of California, Los Angeles

1980 – 1981: Earhart Foundation Fellowship, University of California, Los Angeles

1979 – 1981: Department Scholar, Department of Economics, University of California, Los Angeles

## Publications

## Books

Social Economics: Market Behavior in a Social Environment with Gary S. Becker, Cambridge, MA: Harvard University Press (2000).

Measuring the Gains from Medical Research: An Economic Approach, edited volume with Robert H. Topel, Chicago: The University of Chicago Press (2003).

## Chapters in Books

"Income and Wealth in America," with Emmanuel Saez, in Inequality and Economic Policy, ed. Tom Church, Christopher Miller, John B. Taylor, Stanford, CA: Hoover Press (2015)

## Articles

"Government Regulation of Cigarette Health Information," with Benjamin Klein and Lynne Schneider, 24 *Journal of Law and Economics* 575 (1981).

"Estimation and Inference in Two-Step Econometric Models," with Robert H. Topel, 3 *Journal of Business and Economic Statistics* 370 (1985).

"Unemployment, Risk, and Earnings: Testing for Equalizing Wage Differences in the Labor Market," with Robert H. Topel, in Unemployment and the Structure of Labor Markets, pp. 103-139, ed. Kevin Lang and Jonathan S. Leonard. London: Basil Blackwell (1987).

"The Evolution of Unemployment in the United States: 1968-1985," with Robert H. Topel, in NBER Macroeconomics Annual, pp. 11-58, ed. Stanley Fischer. Cambridge, MA: MIT Press (1987).

"Cohort Size and Earnings in the United States," with Mark Plant and Finis Welch, in Economics of Changing Age Distributions in Developed Countries, pp. 39-58, ed. Ronald D. Lee, W. Brian Arthur, and Gerry Rodgers. Oxford: Clarendon Press (1988).

"The Family and the State," with Gary S. Becker, 31 *Journal of Law and Economics* 1 (1988).

"A Theory of Rational Addiction," with Gary S. Becker, 96 *Journal of Political Economy* 675 (1988).

"Vertical Restraints and Contract Enforcement," with Benjamin Klein, 31 *Journal of Law and Economics* 265 (1988).

"Income Distribution, Market Size, and Industrialization," with Andrei Shleifer and Robert W. Vishny, 104 *Quarterly Journal of Economics* 537 (1989).

"Wage Premiums for College Graduates: Recent Growth and Possible Explanations," with Finis Welch, 18 *Educational Researcher* 17 (1989).

"Industrialization and the Big Push," with Andrei Shleifer and Robert W. Vishny, 97 *Journal of Political Economy* 1003 (1989).

"Building Blocks of Market Clearing Business Cycle Models," with Andrei Shleifer and Robert W. Vishny, in NBER Macroeconomic Annual, pp. 247-87, ed. Olivier Jean Blanchard and Stanley Fischer. Cambridge, MA: MIT Press (1989).

"Efficiency Wages Reconsidered: Theory and Evidence," with Robert H. Topel, in Advances in the Theory and Measurement of Unemployment, pp. 204-240. ed. Yoram Weiss and Gideon Fishelson. London: Macmillan (1990).

"Empirical Age-Earnings Profiles," with Finis Welch, 8 *Journal of Labor Economics* 202 (1990).

"Human Capital, Fertility, and Economic Growth," with Gary S. Becker and Robert F. Tamura, 98 *Journal of Political Economy*, S12 (1990).

"Accounting for the Slowdown in Black-White Wage Convergence," with Chinhui Juhn and Brooks Pierce, in Workers and Their Wages: Changing Patterns in the United States, pp. 107-143, ed. Marvin Kosters. Washington, D.C.: American Enterprise Institute (1991).

"The Role of International Trade in Wage Differentials," with Finis Welch, in Workers and Their Wages: Changing Patterns in the United States, pp. 39- 69, ed. Marvin Kosters. Washington, D.C.: American Enterprise Institute (1991).

"Why Has the Natural Rate of Unemployment Increased over Time?" with Robert H. Topel and Chinhui Juhn, 2 *Brookings Papers on Economic Activity* 75 (1991).

"The Allocation of Talent: Implications for Growth," with Andrei Shleifer and Robert W. Vishny, 106 *Quarterly Journal of Economics* 503 (1991).

"Rational Addiction and the Effect of Price on Consumption," with Gary S. Becker and Michael Grossman, 81 *American Economic Review* 237 (1991).

"Wages of College Graduates," in The Economics of American Higher Education, pp. 121-40, ed. William E. Becker and Darrell R. Lewis. Boston: Kluwer Academic Publishers (1992).

"Changes in Relative Wages, 1963-1987: Supply and Demand Factors," with Lawrence F. Katz, 107 *Quarterly Journal of Economics* 35 (1992).

"The Structure of Wages," with Finis Welch, 107 *Quarterly Journal of Economics* 285 (1992).

"The Transition to a Market Economy: Pitfalls of Partial Planning Reform," with Andrei Shleifer and Robert W. Vishny, 107 *Quarterly Journal of Economics* 889 (1992).

"The Division of Labor, Coordination Costs, and Knowledge," with Gary S. Becker, 107 *Quarterly Journal of Economics* 1137 (1992).

- 4 -

"Industrial Change and the Rising Importance of Skill" with Finis Welch, in Uneven Tides: Rising Inequality in America, pp. 101-132, ed. Peter Gottschalk and Sheldon Danziger. New York: Russell Sage Foundation Publications (1993).

"Wage Inequality and the Rise in Returns to Skill," with Chinhui Juhn and Brooks Pierce, 101 *Journal of Political Economy* 410 (1993).

"Occupational Change and the Demand for Skill, 1940-1990," with Finis Welch, 83 *American Economic Review* 122 (1993).

"Inequality and Relative Wages," with Finis Welch, 83 *American Economic Review* 104 (1993).

"Why Is Rent-Seeking So Costly to Growth?" with Andrei Shleifer and Robert W. Vishny, 83 *American Economic Review* 409 (1993).

"A Simple Theory of Advertising as a Good or Bad," with Gary S. Becker, 108 *Quarterly Journal of Economics* 941 (1993).

"Relative Wages and Skill Demand, 1940-1990," with Chinhui Juhn, in Labor Markets, Employment Policy, and Job Creation, pp. 343-60, ed. Lewis C. Solmon and Alec R. Levenson. The Milken Institute Series in Economics and Education. Boulder, CO: Westview Press (1994).

"Cattle Cycles," with Sherwin Rosen and Jose A. Scheinkman, 102 *Journal of Political Economy* 468 (1994).

"An Empirical Analysis of Cigarette Addiction," with Gary S. Becker and Michael Grossman, 84 *American Economic Review* 396 (1994).

"Inequality in Labor Market Outcomes: Contrasting the 1980s and Earlier Decades," with Chinhui Juhn, 1 *Economic Policy Review* 26 (1995).

"Employment and the 1990-91 Minimum Wage Hike," with Donald R. Deere and Finis Welch, 85 *American Economic Review* 232 (1995).

"Examining the Evidence on Minimum Wages and Employment," with Donald R. Deere and Finis Welch, in The Effects of the Minimum Wage on Employment, pp. 26-54, ed. Marvin H. Kosters. Washington, D.C.: The AEI Press (1996).

"Social Status, Education, and Growth," with Chaim Fershtman and Yoram Weiss, 104 *Journal of Political Economy* 108 (1996).

"Wage Inequality and Family Labor Supply," with Chinhui Juhn, 15 *Journal of Labor Economics* 72 (1997).

"Quality and Trade," with Andrei Shleifer, 53 *Journal of Development Economics* 1 (1997).

"Vertical Integration as a Self-Enforcing Contractual Arrangement," with Benjamin Klein, 87 *American Economic Review* 415 (1997).

"Unemployment and Nonemployment," with Robert H. Topel, 87 *American Economic Review* 295 (1997).

"Wages, Skills, and Technology in the United States and Canada," with W. Craig Riddell and Paul M. Romen, in General Purpose Technologies and Economic Growth, pp. 283-309, ed. Elhanan Helpman.  Cambridge, MA: M.I.T. Press (1998).

"Perspectives on the Social Security Crisis and Proposed Solutions," with Finis Welch, 88 *American Economic Review* 142 (1998).

"Population and Economic Growth," with Gary S. Becker and Edward Glaeser, 89 *American Economic Review* 145 (1999).

"A Competitive Perspective on Internet Explorer," with Steven J. Davis, 90 *American Economic Review* 184 (2000).

"Industrial Change and the Demand for Skill," with Finis Welch, in The Causes and Consequences of Increasing Inequality, pp. 263-84, ed. Finis Welch.  Volume II in the Bush School Series in the Economics of Public Policy.  Chicago: The University of Chicago Press (2001).

"Wage Differentials in the 1990s: Is the Glass Half Full or Half Empty?" with Finis Welch, in The Causes and Consequences of Increasing Inequality, pp. 341-64, ed. Finis Welch.  Volume II in the Bush School Series in the Economics of Public Policy. Chicago: The University of Chicago Press (2001).

"Economic Perspectives on Software Design: PC Operating Systems and Platforms," with Steven J. Davis and Jack MacCrisken, in Microsoft, Antitrust, and the New Economy: Selected Essays, pp. 361-420, ed. Davis S. Evans. Boston, MA: Kluwer (2001).

"Current Unemployment, Historically Contemplated," with Robert H. Topel and Chinhui Juhn, 1 *Brookings Papers on Economic Activity* 79 (2002).

"The Economics of Copyright 'Fair Use' in A Networked World," with Andres Lerner and Benjamin Klein, 92 *American Economic Review* 205 (2002).

"The Economic Value of Medical Research," with Robert H. Topel, in Measuring the Gains from Medical Research: An Economic Approach, pp. 41-73, ed. Robert H. Topel and Kevin M. Murphy. Chicago: The University of Chicago Press (2003).

"School Performance and the Youth Labor Market," with Sam Peltzman, 22 *Journal of Labor Economics* 299 (2003).

"Entrepreneurial ability and market selection in an infant industry: evidence from the Japanese cotton spinning industry," with Atsushi Ohyama and Serguey Braguinsky, 7 *Review of Economic Dynamics* 354 (2004).

"Entry, Pricing, and Product Design in an Initially Monopolized Market," with Steven J. Davis and Robert H. Topel, 112 *Journal of Political Economy* S188 (2004).

"Diminishing Returns: The Costs and Benefits of Increased Longevity," with Robert H. Topel, 46 *Perspectives in Biology and Medicine* S108 (2004).

"Persuasion in Politics," with Andrei Shleifer, 94 *American Economic Review* 435 (May 2004).

"Black-White Differences in the Economic Value of Improving Health," with Robert H. Topel, 48 *Perspectives in Biology and Medicine* S176 (2005).

"The Equilibrium Distribution of Income and the Market for Status," with Gary S. Becker and Iván Werning, 113 *Journal of Political Economy* 282 (2005).

"The Market for Illegal Goods: The Case of Drugs," with Gary S. Becker and Michael Grossman, 114 *Journal of Political Economy* 38 (2006).

"Competition in Two-Sided Markets: The Antitrust Economics of Payment Card Interchange Fees," with Benjamin Klein, Kevin Green, and Lacey Place, 73 *Antitrust Law Journal* 571 (2006).

"The Value of Health and Longevity," with Robert H. Topel, 114 *Journal of Political Economy* 871 (2006).

"Social Value and the Speed of Innovation," with Robert H. Topel, 97 *American Economic Review* 433 (2007).

"Education and Consumption: The Effects of Education in the Household Compared to the Marketplace," with Gary S. Becker, 1 *The Journal of Human Capital* 9 (Winter 2007).

"Why Does Human Capital Need a Journal?" with Isaac Ehrlich, 1 The Journal of Human Capital 1 (Winter 2007).

"Critical Loss Analysis in the Whole Foods Case," with Robert H. Topel, 3 (2) GCP Magazine (March 2008).

"Exclusive Dealing Intensifies Competition for Distribution," with Benjamin Klein, 75 Antitrust Law Journal (October 2008).

"Fertility Decline, the Baby Boom and Economic Growth," with Curtis Simon and Robert Tamura, 2 The Journal of Human Capital 3 (Fall 2008).

"The Market for College Graduates and the Worldwide Boom in Higher Education of Women," with Gary S. Becker and William H. J. Hubbard, 100 American Economic Review: Papers & Proceedings 229 (May 2010).

"Explaining the Worldwide Boom in Higher Education of Women," with Gary S. Becker and William H. J. Hubbard," 4 Journal of Human Capital No. 3 (2010).

"How Exclusivity is Used to Intensify Competition for Distribution-Reply to Zenger," with Benjamin Klein, 77 Antitrust Law Journal No. 2 (2011).

"Achieving Maximum Long-Run Growth," *Federal Reserve Bank of Kansas City Proceedings of the Annual Jackson Hole Conference 2011.*

"On the Economics of Climate Policy," with Gary. S. Becker and Robert. H. Topel, 10 *B.E. Journal of Economic Analysis and Policy* No. 2 (2011).

"Measuring Crack Cocaine and its Impact," with Roland G. Fryer, Jr., Paul S. Heaton, and Steven D. Levitt, 51 *Economic Inquiry* No. 3 (July 2013).

"Some Basic Economics of National Security," with Robert H. Topel, 103 *American Economic Review* No. 3 (2013).

"Activating *Actavis*: A More Complete Story," with Barry C. Harris, Robert D. Willig, and Matthew B. Wright, 28 *Antitrust* No. 2 (Spring 2014).

"Competitive Discounts and Antitrust Policy," with Edward A. Snyder and Robert H. Topel, Chapter 5 of *The Oxford Handbook of International Antitrust Economics*, Volume 2 (2014).

"Gary Becker as Teacher," 105 *American Economic Review* No. 5 (2015).

"Black and White Fertility, Differential Baby Booms: The Value of Equal Education Opportunity," with Robert Tamura and Curtis Simon, 82 *Journal of Demographic Economics*, Issue 1 (2016).

"Human Capital Investment, Inequality and Economic Growth," with Robert H. Topel, 34 *Journal of Labor Economics,* No. S2/Part 2 (2016).

## Selected Working Papers

"Gauging the Economic Impact of September 11th," with Gary S. Becker, Unpublished Working Paper (October 2001).

"War In Iraq Versus Containment: Weighing the Costs," with Steven J. Davis and Robert H. Topel, NBER Working Paper No.12092 (March 2006).

"The Interaction of Growth in Population and Income," with Gary S. Becker, Unpublished Working Paper (2006).

"Persuasion and Indoctrination," with Gary Becker (2007).

"The Value of Life Near Its End and Terminal Care," with Gary S. Becker and Tomas Philipson (2007).

"On the Economics of Climate Policy," with Gary S. Becker and Robert H. Topel, Working Paper No. 234 (January 2010, Revised September 2010).

"The Manipulation of Children's Preferences, Old Age Support, and Investment in Children's Human Capital," with Gary S. Becker and Jörg L. Spenkuch, Unpublished Working Paper (February 2012).

"The Collective Licensing of Music Performance Rights: Market Power, Competition and Direct Licensing" (March 2013).

"Activating *Actavis* with A More Complete Model," with Michael G. Baumann, John P. Bigelow, Barry C. Harris, Janusz A. Ordover, Robert D. Willig, and Matthew B. Wright, (January 2014).

"A Theory of Bundling Advertisements in Media Markets," with Ignacio Palacios-Huerta, NBER Working Paper No. 229994 (December 2016).

## Selected Comments

Comment on "Causes of Changing Earnings Equality" by Robert Z. Lawrence. Federal Reserve Bank of Kansas City (1998).

"Comment: Asking the Right Questions in the Medicare Reform Debate," <u>Medicare Reform: Issues and Answers</u>, pp. 175-81, ed. Andrew J. Rettenmaier and Thomas R. Saving. Chicago: The University of Chicago Press (2000).

Comment on "Social Security and Demographic Uncertainty" by Henning Bohn, in <u>Risk Aspects of Investment-Based Social Security Reform,</u> ed. John Y. Campbell and Martin Feldstein. Chicago: The University of Chicago Press (2001).

Comment on "High Technology Industries and Market Structure" by Hal R. Varian. Federal Reserve Bank of Kansas City (2001).

## Popular Press Articles

"The Education Gap Rap," *The American Enterprise* (March-April 1990), pp. 62.

"Rethinking Antitrust," with Gary S. Becker, *Wall Street Journal* (February 26, 2001), A22.

- 9 -

"Prosperity Will Rise Out of the Ashes," with Gary S. Becker, *Wall Street Journal* (October 29, 2001), A22.

"The Economics of NFL Team Ownership," with Robert H. Topel, report prepared at the request of the National Football League Players' Association (January 2009).

## Articles About Murphy

"Higher Learning Clearly Means Higher Earning," by Carol Kleiman. *Chicago Tribune*, March 12, 1989, Jobs Section pp. 1. Long article about "The Structure of Wages" with picture of Murphy.

"Why the Middle Class Is Anxious," by Louis S. Richman. *Fortune*, May 21, 1990, pp. 106. Extensive reference to Murphy's work on returns to education.

"Unequal Pay Widespread in U.S.," by Louis Uchitelle, *New York Times,* August 14, 1990, Business Day section pp. 1. Long piece on income inequality.

"One Study's Rags to Riches Is Another's Rut of Poverty," by Sylvia Nasar, *New York Times*, June 17, 1992, Business Section pp. 1. Long piece on the income inequality research.

"Nobels Pile Up for Chicago, but Is the Glory Gone?" by Sylvia Nasar, *New York Times* November 4, 1993, Business Section pp. 1. Long piece on Chicago School of economics. Featured a photo of five of the "brightest stars on the economics faculty" (including Murphy) and a paragraph about Murphy's research.

"This Sin Tax is Win-Win," by Christopher Farrell. *Business Week*, April 11, 1994, pp. 30. Commentary section refers to Murphy, Becker, and Grossman's work on rational addiction.

"Growing inequality and the economics of fragmentation," by David Warsh, *Boston Sunday Globe*, August 21, 1994, pp. A1. Two-page article with picture and biographical details about Murphy and his research; part of a series about "how the new generation replaced the old in economics."

"A Pay Raise's Impact," by Louis Uchitelle. *New York Times*, January 12, 1995, Business Section pp. 1. Article about consequences of proposed increase in the minimum wage. Articles featuring Murphy's comments on the minimum wage appeared in numerous other publications, including the *Chicago Tribune*; in addition, Murphy was interviewed on CNN (January 26, 1995).

"The Undereducated American," *Wall Street Journal*, August 19, 1996, A12. Changes in the rate of returns to education.